# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-24-00185-CV

---

**Elizabeth Marie Conn, Appellant**

**v.**

**Devin Patrick Conn, Appellee**

---

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-22-000423, THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

After twice abating this appeal on appellant's unopposed motions for filing of a supplemental reporter's record containing exhibits and a hearing transcript that appellant says are currently missing from the record, this Court received appellant's notice that the parties dispute whether "certain exhibits were offered into evidence and whether the court reporter can create a supplemental reporter's record of the disputed exhibits as identified by the court reporter."[1] Appellant asserts that the missing exhibits and transcript she identified are necessary to the resolution of this appeal from the trial court's final decree of divorce. *See* Tex. R. App. P. 34.6(f)(3).

When a portion of a reporter's record is lost or destroyed, an appellant is entitled to a new trial if, among other requirements, a significant portion of the court reporter's notes and

---

[1] The court reporter notified this Court that the parties' attorneys were trying to sort through exhibits that were not provided at the time of trial.

records has been lost or destroyed, the lost or destroyed portion of the reporter's record is necessary to the appeal's resolution, and the lost or destroyed portion of the reporter's record cannot be replaced by agreement of the parties. *See id.* R. 34.6(f). We therefore reinstate and abate this appeal and remand this cause to the trial court for determination of whether any exhibits admitted into evidence are missing and whether those exhibits and any missing transcript can be replaced by agreement of the parties or with a copy accurately duplicating with reasonable certainty the originals. *See id*. R. 34.6(f)(4). A supplemental reporter's record containing the trial court's determination as well as copies of any missing exhibits and transcript, if available, shall be filed with this Court by **May 30, 2025**. This appeal will be reinstated after the supplemental reporter's record is filed.

It is ordered on April 30, 2025.

Before Chief Justice Byrne, Justices Triana and Kelly

Abated and Remanded

Filed: April 30, 2025